# United States Court of Appeals for the Second Circuit

STATE OF NEW YORK; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; HARRIS COUNTY, TEXAS,

*Petitioners*,

v.

FEDERAL AVIATION ADMINISTRATION; BRYAN BEDFORD, in his official capacity as Administrator of the Federal Aviation Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation,

*Respondents*.

## PETITION FOR REVIEW

BARBARA D. UNDERWOOD
*Solicitor General*
ANDREA OSER
*Deputy Solicitor General*
BLAIR J. GREENWALD
*Assistant Solicitor General*
MAX SHTERNGEL
*Assistant Attorney General*
*of Counsel*
(*Counsel listing continues on signature pages.*)

LETITIA JAMES
*Attorney General*
*State of New York*
Attorney for Petitioners
28 Liberty Street
New York, New York 10005
(212) 416-6102

Dated: September 28, 2026

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 46110, 5 U.S.C. § 702, and Federal Rule of Appellate Procedure 15, the State of New York, State of Arizona, State of California, State of Colorado, State of Delaware, State of Illinois, State of Maine, State of Maryland, Commonwealth of Massachusetts, People of the State of Michigan, State of New Mexico, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin, and Harris County, Texas, hereby petition the Court to review and set aside the Federal Aviation Administration (FAA) and U.S. Department of Transportation's final agency action entitled "Final Programmatic Environmental Assessment, Finding of No Significant Impact, and Record of Decision for Drone Package Delivery Operations in the United States," dated July 28, 2026. On July 30, 2026, the FAA announced the availability of the Final Programmatic Environmental Assessment by publication at 91 Fed. Reg. 48,208 (July 30, 2026). A copy of the Final Programmatic Environmental Assessment (FPEA) is submitted with this petition.

The FAA stated that the Final Programmatic Environmental Assessment "constitutes a final agency action and a final order" subject to exclusive judicial review by the U.S. Courts of Appeals under 49 U.S.C.

§ 46110. FPEA at F-18. This petition is timely under 49 U.S.C. § 46110(a) and Federal Rule of Appellate Procedure 26(a). Venue is proper under 49 U.S.C. § 46110(a) because at least one petitioner resides in New York.

Dated: New York, New York
September 28, 2026

Respectfully submitted,

LETITIA JAMES
*Attorney General*
*State of New York*
Attorney for Petitioners

By: */s/ Blair J. Greenwald*
BLAIR J. GREENWALD
Assistant Solicitor General

BARBARA D. UNDERWOOD
*Solicitor General*
ANDREA OSER
*Deputy Solicitor General*
MAX SHTERNGEL
*Assistant Attorney General*

(*Counsel listing continues on next page.*)

KRIS MAYES
*Attorney General*
*State of Arizona*
2005 N. Central Ave.
Phoenix, AZ 85085

ROB BONTA
*Attorney General*
*State of California*
1515 Clay St., 20th Fl.
Oakland, CA 94612

PHILIP J. WEISER
*Attorney General*
*State of Colorado*
1300 Broadway, 10th Fl.
Denver, CO 80203

KATHLEEN JENNINGS
*Attorney General*
*State of Delaware*
Delaware Department of Justice
820 N. French St.
Wilmington, DE 19801

KWAME RAOUL
*Attorney General*
*State of Illinois*
115 S. LaSalle St.
Chicago, IL 60603

AARON M. FREY
*Attorney General*
*State of Maine*
111 Sewall St.
Augusta, ME 04333

ANTHONY G. BROWN
*Attorney General*
*State of Maryland*
200 Saint Paul Pl.
Baltimore, MD 21202

ANDREA JOY CAMPBELL
*Attorney General*
*Commonwealth of Massachusetts*
One Ashburton Pl.
Boston, MA 02108

DANA NESSEL
*Attorney General*
*On Behalf of the People of the State of Michigan*
525 W. Ottawa St.
P.O. Box 30755
Lansing, MI 48909

RAÚL TORREZ
*Attorney General*
*State of New Mexico*
408 Galisteo St.
Villagra Building
Santa Fe, NM 87501

DAN RAYFIELD
*Attorney General*
*State of Oregon*
1162 Court St. NE
Salem, OR 97301

PETER F. NERONHA
*Attorney General*
*State of Rhode Island*
150 S. Main St.
Providence, RI 02903

NICHOLAS W. BROWN
*Attorney General*
*State of Washington*
800 5th Ave., Suite 2000
Seattle, WA 98104

JOSHUA L. KAUL
*Attorney General*
*State of Wisconsin*
17 W. Main St.
Madison, WI 53707

ABBIE KAMIN
*County Attorney*
*Harris County, Texas*
1010 Lamar, 11th Fl.
Houston, TX 77002

# ADDENDUM TO PETITION

**Petitioners**: State of New York; State of Arizona; State of California; State of Colorado; State of Delaware; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; People of the State of Michigan; State of New Mexico; State of Oregon; State of Rhode Island; State of Washington; State of Wisconsin; Harris County, Texas.

**Respondents**: Federal Aviation Administration; Bryan Bedford, in his official capacity as Administrator of the Federal Aviation Administration; United States Department of Transportation; Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation.

The U.S. Department of Justice attorney named below represents the respondents and has consented to accept service of papers on behalf of all respondents.

Jason Lee
U.S. Department of Justice
Energy & Natural Resources Division
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415
(202) 598-3394
Jason.Lee2@usdoj.gov